FILED - GR
November 12, 2009 4:21 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ald____ /_____

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF MICHIGAN
#### OFFICE OF THE CLERK
Tracey Cordes, Clerk of Court

REPLY TO:
----------------
399 FEDERAL BUILDING
110 MICHIGAN STREET NW
GRAND RAPIDS, MI 49503

November 12, 2009

David Anthony Villarreal
c/o Deborah Villarreal
PO Box 1863
Saginaw, MI 48605

1:09-cv-1033
Gordon J Quist
U.S. District Judge

Re:     Money Order #09-163305598

Dear Mr. Villarreal:

Enclosed you will find a postal money order in the amount of $39.00. These funds were included with a recent new case along with the required $350.00 filing fee. At the present time, I am unable to determine the reason for the payment.

If you have any questions, please contact me at (616) 732-2715.

Sincerely,

Tracey Cordes, Clerk of Court

Michael J. Polkowski
Financial Administrator

enc